FILED
JUL 21 2026
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLLINOIS
E. ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Criminal No. 26cr30093-SPM |
| JULIUS N. WILLIAMS, JR., | ) | |
| (also known as "Askari Maxk"), and | ) | Title 18, United States Code, Sections |
| | ) | 1349, 1343, and 1956(h), and 1512 |
| Defendants. | ) | |

**COUNT ONE**
**CONSPIRACY TO COMMIT WIRE FRAUD – 18 U.S.C. § 1349**

1. At all times material to this Indictment:

a. Defendant JULIUS N. WILLIAMS JR. ("WILLIAMS JR.") was an inmate incarcerated in Telfair State Prison ("Telfair") in Helena, Georgia.

b. C.T., was a 61-year-old resident of Belleville, Illinois, within the Southern District of Illinois.

2. Beginning on at least October 23, 2024, and continuing until June 10, 2026, in St. Clair County, Illinois, in the Southern District of Illinois, and elsewhere, defendant

**JULIUS N. WILLIAMS, JR.,**

and others, known and unknown to the Grand Jury, did knowingly and willfully conspire to commit offenses against the United States, namely to devise and participate in a scheme to defraud and to obtain money and property by means of false and fraudulent pretenses, representations and promises, and for the purpose of executing the scheme, and attempting to do so, knowingly to cause wire communications to be made in interstate commerce, in

violation of Title 18, United States Code, Section 1343.

3. The object of the conspiracy and scheme to defraud was for the members of the conspiracy to obtain money and other assets belonging to C.T. and other victims that the conspirators were not entitled to receive.

4. As part of the conspiracy and scheme to defraud, WILLIAMS JR. and other members of the conspiracy contacted victims via telephone and lied to victims by telling them that the conspirators were members of law enforcement and the victim had missed federal jury duty.

5. As part of the conspiracy and scheme to defraud, WILLIAMS JR. and other members of the conspiracy told victims that because the victims had missed jury duty, they had an active warrant for their arrest.

6. As part of the conspiracy and scheme to defraud, WILLIAMS JR. and other members of the conspiracy instructed victims that they could pay a fee to avoid their arrest.

7. As part of the conspiracy and scheme to defraud, WILLIAMS JR. and other members of the conspiracy instructed the victims to locate a Bitcoin ATM and purchase Bitcoin—a digital currency—to pay the fake jury duty fee.

8. In furtherance of the scheme to defraud, members of the conspiracy opened various accounts with cryptocurrency exchanges and communicated with each other regarding the timing of expected transfers of Bitcoin obtained from victims through the conspiracy.

9. As part of the conspiracy and scheme to defraud, WILLIAMS JR. and other members of the conspiracy sent QR codes to victims via text messages that contained Bitcoin addresses to which the victims could deposit their purchased Bitcoin at the Bitcoin ATMs.

10. As part of the conspiracy and scheme to defraud, the Bitcoin addresses to which

the victims sent money were owned and controlled by members of the conspiracy.

11. On one occasion, in furtherance of the scheme to defraud, on November 10, 2025, victim C.T. was contacted by a member of the conspiracy who was claimed to be a law enforcement officer, who informed C.T. that she had missed a federal jury summons and had an active warrant for her arrest. The member of the conspiracy informed C.T. that she needed to pay a $4,100.00 fee for missing jury duty via cryptocurrency to avoid arrest.

12. The member of the conspiracy instructed C.T. to go to a Bitcoin Depot ATM and deposit money into two separate Bitcoin addresses, which were linked to QR codes.

13. Following the transfers by C.T. to the Bitcoin wallets, a member of the conspiracy initiated subsequent transfers of Bitcoin for the benefit of the conspiracy, including to Bitcoin wallets controlled by WILLIAMS JR.

14. As part of the conspiracy and scheme to defraud, WILLIAMS JR. and other members of the conspiracy repeated this scam on multiple occasions with multiple victims.

15. In furtherance of and as a foreseeable consequence of the conspiracy and scheme to defraud, members of the conspiracy caused text messages to be transmitted in interstate and foreign commerce by means of wire and radio communications between conspirators and victims, including C.T., a victim located in the Southern District of Illinois.

All in violation of Title 18, United States Code, Section 1349.

**COUNT TWO**
**WIRE FRAUD – 18 U.S.C. § 1343**

1. Paragraphs 1 and 3 through 14 of Count One of this Indictment are realleged here.

2. On or about November 10, 2025, in St. Clair County, Illinois, within the Southern District of Illinois,

**JULIUS N. WILLIAMS, JR.,**

defendant herein, while aiding and abetting and being aided and abetted by others known and unknown to the grand jury, for the purpose of executing the scheme to defraud described in Count One, and attempting to do so, knowingly did cause to be transmitted by means of a wire communication in interstate and foreign commerce from somewhere outside of the state of Illinois to Illinois, certain signals, namely a text message between phone number 808-740-0366 and C.T., during which the phone number sent C.T. a QR code that resolved to Bitcoin address bc1qkjm20mz544v9f5ueq5at2d0r8u88cxa8n748el, and C.T. was instructed to purchase at least $1,317.00 in Bitcoin to send to the conspiracy.

In violation of Title 18, United States Code, Sections 1343 and 2.

**COUNT THREE**
**WIRE FRAUD – 18 U.S.C. § 1343**

1. Paragraphs 1 and 3 through 14 of Count One of this Indictment are realleged here.

2. On or about November 10, 2025, in St. Clair County, Illinois, within the Southern District of Illinois,

**JULIUS N. WILLIAMS, JR.,**

defendant herein, while aiding and abetting and being aided and abetted by others known and unknown to the grand jury, for the purpose of executing the scheme to defraud described in Count One, and attempting to do so, knowingly did cause to be transmitted by means of a wire

communication in interstate and foreign commerce from somewhere outside of the state of Illinois to Illinois, certain signals, namely a text message between phone number 808-740-0366 and C.T., during which the phone number sent C.T. a QR code that resolved to Bitcoin address bc1qljmzpyvmmnye7fcw6tdkdp0z03x0erdrj6jz6l, and C.T. was instructed to purchase at least $2,059 in Bitcoin to send to the conspiracy.

In violation of Title 18, United States Code, Sections 1343 and 2.

**<u>COUNT FOUR</u>**
**CONSPIRACY TO COMMIT MONEY LAUNDERING – 18 U.S.C. § 1956(h)**

1. Paragraphs 1 and 3 through 14 of Count One of this indictment are realleged here.

2. Beginning in approximately October 2024, and continuing until at least June 10, 2026, in Belleville, in St. Clair County, within the Southern District of Illinois, and elsewhere,

**JULIUS N. WILLIAMS, JR.,**

defendant herein, knowingly conspired and agreed with other persons, known and unknown to the Grand Jury, to knowingly conduct financial transactions affecting interstate and foreign commerce, which transactions involved the proceeds of specified unlawful activity, that is, the wire fraud scheme charged in this indictment, knowing that the transactions were designed in whole and in part to conceal and disguise the nature, location, ownership, and control of the proceeds of the specified unlawful activity, and that while they caused the financial transactions to be conducted, they knew the property involved in the financial transaction represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

3. It was the object of the conspiracy to launder the proceeds of the conspiracy to commit wire fraud and wire fraud scheme by causing the fraudulently obtained funds to be converted to digital currency and by transferring the fraudulently obtained funds through multiple accounts, thereby concealing the nature, location, source, ownership, and control of the proceeds.

4. In furtherance of the conspiracy, members of the conspiracy opened various accounts with cryptocurrency exchanges and communicated with each other regarding the timing of expected transfers of Bitcoin obtained from victims through the conspiracy.

5. In furtherance of the conspiracy, members of the conspiracy, including WILLIAMS JR., directed victims to transfer Bitcoin into cryptocurrency wallets controlled by members of the conspiracy.

6. In furtherance of the conspiracy, members of the conspiracy subsequently transferred portions of the fraudulently obtained funds into other cryptocurrency wallets controlled by members of the conspiracy to launder the proceeds, including a wallet controlled by WILLIAMS JR.

7. In furtherance of the conspiracy, on or about November 10, 2025, victim C.T. transferred $1,317 in U.S. Dollars via Bitcoin to a Bitcoin wallet ending in 748el at the direction of WILLIAMS JR. This $1,317 represented the proceeds of the conspiracy to commit wire fraud and wire fraud charged in Counts One and Two.

8. In furtherance of the conspiracy, following the transfer of the proceeds to Bitcoin wallet 748el, a member of the conspiracy transferred Bitcoin valued at $1,281.00 to a Bitcoin wallet ending in 7g8q4.

9. In furtherance of the conspiracy, following the transfer of the proceeds to Bitcoin wallet ending in 7g8q4, a member of the conspiracy transferred Bitcoin valued at $1,456.00 to a Bitcoin wallet ending in 03f2x, which was under the control of WILLIAMS, JR. and for the benefit of the conspiracy.

10. In furtherance of the conspiracy, on or about November 10, 2025, victim C.T. transferred $2,059 in U.S. Dollars via Bitcoin to a Bitcoin wallet ending in 6jz6l at the direction

of WILLIAMS JR. This $2,059 represented the proceeds of the conspiracy to commit wire fraud and wire fraud charged in Counts One and Three.

11. In furtherance of the conspiracy, following the transfer of the proceeds to Bitcoin wallet ending in 6jz6l, a member of the conspiracy transferred Bitcoin valued at $1,498.03 to a Bitcoin wallet ending in 5t2cuz and $561.00 to a Bitcoin wallet ending in y2uh9.

All in violation of Title 18, United States Code, Section 1956(h).

## COUNT FIVE
## OBSTRUCTION OF JUSTICE – 18 U.S.C. § 1512(c)(1)

On or about June 12, 2026, in St. Clair County, Illinois, within the Southern District of Illinois, and elsewhere,

**JULIUS N. WILLIAMS, JR.**

did corruptly attempt to destroy an object, being a cell phone, with the intent to impair its integrity and availability for use in an official proceeding.

In violation of Title 18, United States Code, Section 1512(c)(1).

[redacted]

Digitally signed by STEVEN WEINHOEFT
Date: 2026.07.18 22:53:36 -05'00'

STEVEN D. WEINHOEFT
United States Attorney

KATHLEEN M. HOWARD
Assistant United States Attorney